UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JENNIFER A. HEMEON,

Plaintiff,

v. Case No.: 5:25-cv-765-SPC-PRL

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

**OPINION AND ORDER**

Before the Court is Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 17) and United States Magistrate Judge Philip R. Lammens' Report and Recommendation ("R&R") (Doc. 18). Judge Lammens recommends granting the motion. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded

by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

1. Judge Lammens' Report and Recommendation (Doc. 18) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.
2. Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 17) is **GRANTED**.
3. The Court awards Plaintiff **$8,063.95** in attorney's fees, **$160** in paralegal fees, and **$405** in costs to be paid pursuant to the judgment fund.
4. The Clerk is **DIRECTED** to modify the judgment to include the above figures.

**DONE** and **ORDERED** in Fort Myers, Florida on September 3, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record